## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| RHONDA TAYLOR, individually and as )<br>Representative of the estate of )<br>MACADAM LEE MASON, by and )<br>Through its ADMINISTRATRIX, )<br>RHONDA TAYLOR, )<br>        Plaintiffs )<br> )<br>v. )<br> )<br>VERMONT STATE SENIOR TROOPER )<br>DAVID SCHAFFER, in his individual and official )<br>Capacities; VERMONT STATE POLICE DET. )<br>SGT. DAVID ZORN, in his individual and official )<br>Capacities; COL. THOMAS L'ESPERANCE, )<br>COMMANDER OF THE VERMONT STATE )<br>POLICE, in his individual and official capacities; )<br>And COMMISSIONER KEITH FLYNN, in his )<br>Individual and official capacities, )<br>        Defendants ) | Civil No. 1:14-cv-123 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that all claims between Plaintiff, the ESTATE OF MacADAM LEE MASON, and Defendants, VERMONT STATE SENIOR TROOPER DAVID SCHAFFER, VERMONT STATE POLICE DET. SGT. DAVID ZORN, COL. THOMAS L'ESPERANCE, COMMANDER OF THE VERMONT STATE POLICE, and COMMISSIONER KEITH FLYNN, are settled and the parties hereby move, pursuant to Fed.R.Civ.P. Rule 41(a), to dismiss the above-entitled cause with prejudice.

Dated at Barre, County of Washington, State of Vermont this 22nd

VALSANGIACOMO,
DETORA & McQUESTEN P.C.
P. O. BOX 625
BARRE, VERMONT 05641
802-476-4181

day of August, 2019.

_____
Oreste V. Valsangiacomo, Jr., Esquire
Attorney for Plaintiff

Dated at Montpelier, County of Washington, State of Vermont this 22nd

day of August, 2019.

_____
David McLean, ~~Esquire~~
Attorney for Defendants

SO ORDERED:

_____   _____
Date                     Presiding Judge

VALSANGIACOMO,
DETORA & McQUESTEN P.C.
P. O. BOX 625
BARRE, VERMONT 05641
802-476-4181