U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2019 AUG 23 PM 12: 59

CLERK
BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | |
|---|---|
| RHONDA TAYLOR, individually and as Representative of the estate of MACADAM LEE MASON, by and Through its ADMINISTRATRIX, RHONDA TAYLOR,<br>        Plaintiffs<br><br>v.<br><br>VERMONT STATE SENIOR TROOPER DAVID SCHAFFER, in his individual and official Capacities; VERMONT STATE POLICE DET. SGT. DAVID ZORN, in his individual and official Capacities; COL. THOMAS L'ESPERANCE, COMMANDER OF THE VERMONT STATE POLICE, in his individual and official capacities; And COMMISSIONER KEITH FLYNN, in his Individual and official capacities,<br>        Defendants | Civil No. 1:14-cv-123 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that all claims between Plaintiff, the ESTATE OF MacADAM LEE MASON, and Defendants, VERMONT STATE SENIOR TROOPER DAVID SCHAFFER, VERMONT STATE POLICE DET. SGT. DAVID ZORN, COL. THOMAS L'ESPERANCE, COMMANDER OF THE VERMONT STATE POLICE, and COMMISSIONER KEITH FLYNN, are settled and the parties hereby move, pursuant to Fed.R.Civ.P. Rule 41(a), to dismiss the above-entitled cause with prejudice.

Dated at Barre, County of Washington, State of Vermont this 22nd

day of August, 2019.

_____
Oreste V. Valsangiacomo, Jr., Esquire
Attorney for Plaintiff

Dated at Montpelier, County of Washington, State of Vermont this 22nd day of August, 2019.

_____
David McLean, ~~Esquire~~ AAG
Attorney for Defendants

SO ORDERED:

8·23·19
Date

_____
Geoffrey W. Crawford, Chief Judge
U. S. District Court

VALSANGIACOMO,
DETORA & McQUESTEN P.C.
P. O. BOX 625
BARRE, VERMONT 05641
802-476-4181